IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY RAY JOHNSON**                                                                         **PLAINTIFF**

V.                      **CASE NO. 4:20-CV-942-JM-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                      **DEFENDANT**

## ORDER

The Court has carefully reviewed the Recommended Disposition for dismissal filed by Magistrate Judge Beth Deere. Mr. Johnson has not filed objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own.

Billy Ray Johnson's complaint (Doc. No. 1) is DISMISSED, WITHOUT PREJUDICE.

SO ORDERED this 17th day of March, 2021.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE