IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY RAY JOHNSON**                                                                      **PLAINTIFF**

**V.**                     **CASE NO. 4:20-CV-942-JM-BD**

**ANDREW SAUL, Commissioner,**
**Social Security Administration**                                               **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 17th day of March, 2021.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE